# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

1 December 2013

146826

*In re* HONORABLE WADE H. McCREE,
3rd Judicial Circuit Court

SC: 146826
JTC Formal Complaint No. 93

_____

This cause having been brought to this Court by the recommendation of the Judicial Tenure Commission and having been argued by counsel and due deliberation had thereon by the Court, IT IS ORDERED that Hon. Wade H. McCree is removed from office. It is further ordered that the Judicial Tenure Commission shall file a bill of costs in conformity with the opinion filed herein. Pursuant to MCR 7.317 (C)(3), the clerk is directed to issue this judgment forthwith. No motions for rehearing will be entertained.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk